UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
DANIEL RODRIGUEZ, on behalf of himself and all others
similarly situated,

                                        Plaintiff,

    -v.-
BABESTA, LLC

                                        Defendants.

Civil Action No:
1:22-cv-7297

-------------------------------------------------------------------------

### JOINT STIPULATION OF DISMISSAL

        IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and

the Defendant Babesta, LLC that whereas no party hereto is an infant, incompetent person for

whom a committee has been appointed or conservatee, and no person not a party has an interest

in the subject matter of the action, that this action is dismissed with prejudice and without costs

to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 16, 2023

| **For Plaintiff Daniel Rodriguez** | **For    Defendant Babesta, LLC** |
|---|---|
| *s/Mark Rozenberg*_____ | *s/Brett Gallaway*_____ |
| Mark Rozenberg | Brett Gallaway |
| Stein Saks, PLLC | McLaughlin & Stern, LLP |
| One University Plaza | 260 Madison Ave |
| Hackensack, NJ 07601 | New York, NY 10016 |
| Ph: (201) 282-6500 | Ph: (212) 448-1100 |
| mrozenberg@steinsakslegal.com | bgallaway@mclaughlinstern.com |

1

**CERTIFICATE OF SERVICE**

I certify that on August 16, 2023, a copy of the foregoing was filed electronically in the

ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's

electronic filing system. Parties may access this filing through the Court's system.

> /s/ Mark Rozenberg
> Mark Rozenberg
> **Stein Saks, PLLC**
> *Attorneys for Plaintiff*